Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **EDUARDO RAMOS,**<br><br>        Plaintiff,<br><br>        v.<br><br>**BANK OF AMERICA, N.A., CAPITAL ONE BANK USA, N.A., and EQUIFAX INFORMATION SERVICES, LLC ,**<br><br>        Defendants. | **Case No.:** 2:15-cv-00298-JCM-CWH<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff CECILIA RAMOS ("Plaintiff"), and EQUIFAX INFORMATION SERVICES, LLC. ("Equifax"), having reached settlement, stipulate to dismiss **Equifax** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Equifax. Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 1, 2015

KAZEROUNI LAW GROUP                    SNELL & WILMER

 /s/ Danny J. Horen _____            /s/ Bradley T. Austin
Danny Horen, Esq.                      Bradley T. Austin, Esq.
7854 W. Sahara Avenue                  3883 Howard Hughes Parkway
Las Vegas, NV 89117                    Ste. 1100
800-400-6808                           Las Vegas, NV 89169
Email: danny@kazlg.com                 702.784.5247
Attorney for Plaintiff                 Email: sprior@swlaw.com
                                       Attorney for Equifax

IT IS SO ORDERED:

Equifax is Dismissed from the instant matter, with Prejudice.

DATED: September 8, 2015          _____
       _____           UNITED STATES DISTRICT COURT JUDGE